E-FILED; Talbot Circuit Court
Docket: 11/8/2023 7:05 PM; Submission: 11/8/2023 7:05 PM
Envelope: 14472307

| | |
|---|---|
| CHRISTA WORTHY<br>503 DOVERBROOK ROAD, APT. 503<br>EASTON, MD 21601<br><br>Plaintiff<br><br>vs.<br><br>WAL-MART STORE 1715<br>8155 ELLIOTT ROAD<br>EASTON, MD 21601.<br><br>SERVE ON:<br>THE CORPORATION TRUST INC.<br>300 E LOMBARD ST<br>BALTIMORE, MD 21202<br>Resident Agent<br><br>WAL-MART,INC.<br>701 SOUTH WALTON BLVD.<br>BENTONVILLE, ARKANSAS 72712<br><br>SERVE ON:<br>THE CORPORATION TRUST INC.<br>300 E LOMBARD ST<br>BALTIMORE, MD 21202<br>Resident Agent<br><br>CITY FACILITIES MANAGEMENT (FL) LLC<br>8211 CYPRESS PLAZE DRIVE<br>JACKSONVILLE, FL 32256<br><br>SERVE ON:<br>CORPORATE CREATIONS NETWORK INC.<br>#700<br>2 WISCONSIN CIRCLE<br>CHEVY CHASE MD 20815<br>Resident Agent | IN THE<br><br>CIRCUIT COURT<br><br>OF MARYLAND<br><br>FOR TALBOT COUNTY<br><br>CASE#: C-20-CV-23-000152 |

DOOR MANUFACTURER COMPANY
(Name and Address unknown)

Defendants

## COMPLAINT

Plaintiff, Christa Worthy, by Charles A. Arcodia and Carlton P. Moss, Jr. and Douglas Walker, her attorneys, sues Wal-Mart Store 1715 (hereinafter referred to as 1715), Wal-Mart Stores, Inc.(hereinafter referred to as Wal-Mart), and City Facilities Management, (FL), LLC (hereinafter City), and Door Manufacturer Company (hereinafter Manufacturer) Defendants and in support of her claim states as follows:

## FACTS COMMON TO ALL COUNTS

1. The Plaintiff was a resident of Easton, Maryland.

2. The Defendants 1715 and Wal-Mart are corporations authorized to do business in the State of Maryland with a store open to the public at 8155 Elliott Road, Easton, MD 21601.

3. On or about September 30, 2022, the Plaintiff was lawfully on the premises at 8155 Elliott Road, Easton, MD 21601.

4. As the Plaintiff was entering the store an automatic door closed on her knocking her to the ground causing injury to the Plaintiff.

5. The Defendants City and Manufacturer, manufactured and/or maintained subject door.

5. The sole cause of the accident was the negligence of Defendants their agents, servants, and/or employees.

7. Defendants failed to warn the Plaintiff of the defective condition.

8. As a direct result of the Defendants negligence, Plaintiff Worthy suffered injuries and was forced to seek medical treatment.

9. The Plaintiff did not cause or contribute to the occurrence in any manner, but at all times acted reasonably and with due care for her own safety.

**COUNT I**

**Negligence Wal-Mart Store 1715**

10. Plaintiff incorporates all prior paragraphs

11. Defendant Wal-Mart Store 1715 owns and/or operates the premises where the Plaintiff's injuries occurred.

12. Defendant was negligent for failing to properly operate, maintain and manage the automatic doors leading into the Wal-Mart store at 8155 Elliott Road, Easton, MD 21601, failed to warn the Plaintiff of impending danger and the Defendant knew or should have known of the dangerous conditions. The Defendant may have been negligent in other ways.

13. As a direct result of the Defendant Wal-Mart Store 1715's negligence Plaintiff suffered damages.

WHEREFORE, Plaintiff Christa Worthy brings this action against Defendant Wal-Mart Store 1715 in an amount in excess of ($75,000.00 ) Seventy Five Thousand Dollars.

## COUNT II

## Negligence Wal-Mart Stores, Inc

14. Plaintiff incorporates all prior paragraphs

15. Defendant Wal-Mart owns and/or operates the premises where the Plaintiff's injuries occurred.

16. Defendant was negligent for failing to properly operate, maintain and manage the automatic doors leading into the Wal-Mart store at 8155 Elliott Road, Easton, MD 21601, failed to warn the Plaintiff of impending danger and the Defendant knew or should have known of the dangerous conditions. The Defendant may have been negligent in other ways.

17. As a direct result of the Defendant Wal-Mart's negligence Plaintiff suffered damages.

WHEREFORE, Plaintiff Christa Worthy brings this action against Defendant Wal-Mart Stores, Inc. in an amount in excess of ($75,000.00 ) Seventy Five Thousand Dollars.

## COUNT III

## Negligence MANUFACTURER

18. Plaintiff incorporates all prior paragraphs

19. Defendant Manufacturer, manufactured the doors to the premises where the Plaintiff's injuries occurred.

20. Defendant was negligent for failing to properly design, manufacture, operate, maintain and manage the automatic doors leading into the Wal-Mart store at 8155 Elliott Road, Easton, MD 21601, failed to warn the Plaintiff of impending danger and the Defendant knew or should have known of the dangerous conditions. The Defendant may have been negligent in other ways.

21. As a direct result of the Defendant Manufacturer's negligence Plaintiff suffered damages.

WHEREFORE, Plaintiff Christa Worthy brings this action against Defendant Manufacturer. In an amount in excess of ($75,000.00 ) Seventy Five Thousand Dollars.

**COUNT III**

**NEGLIGENCE CITY**

22. Plaintiff incorporates all prior paragraphs

23. Defendant City maintained the doors to the premises where the Plaintiff's injuries occurred.

24. Defendant was negligent for failing to properly design, manufacture, operate, maintain and manage the automatic doors leading into the Wal-Mart store at 8155 Elliott Road, Easton, MD 21601, failed to warn the Plaintiff of impending danger and the Defendant knew or should have known of the dangerous conditions. The Defendant may have been negligent in other ways.

25. As a direct result of the Defendant City's negligence Plaintiff suffered damages.

WHEREFORE, Plaintiff Christa Worthy brings this action against Defendant City. in an amount in excess of ($75,000.00 ) Seventy Five Thousand Dollars.

CHARLES A. ARCODIA, ESQ.
CPF#9206170006
AIS#: 2848213
Law Offices of Charles A. Arcodia
14346 Jarrettsville Pike, Suite 3
Phoenix, Maryland 21131
410-628-1401 (office)
410-628-1402 (fax)
carcodia@arcodialaw.com
Attorney for Plaintiff

**PRAYER FOR JURY TRIAL**

The Plaintiff prays that the above captioned case be tried by a jury.

CHARLES A. ARCODIA, ESQ.
CPF#9206170006
AIS#: 2848213
Law Offices of Charles A. Arcodia
14346 Jarrettsville Pike, Suite 3
Phoenix, Maryland 21131
410-628-1401 (office)
410-628-1402 (fax)
carcodia@arcodialaw.com
Attorney for Plaintiff